This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Richard W. CZUBINSKI, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 00–3170.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

Before MAYER, Chief Judge, LOURIE and BRYSON, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**James P. HOLLOWAY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 00–3186.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

Before CLEVENGER, SCHALL, and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Cynthia GERNERT and George Gernert, Petitioners,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 00–3423, 00–3424.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

Order Vacated, See 2001 WL 845453.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.